IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| BRETT JACOBSON, TRUSTEE FOR JACOBSON 2021 FAMILY TRUST, Plaintiff, <br><br> v. <br><br> DANIEL PETTIT; ENCOMPASS HOLDINGS, L.L.C.; ADVANCE SPORTS LOCAL; ENCOMPASS DEVELOPMENT LLC; LIFT LOCAL; LASBOX HOLDINGS L.L.C.; HORTUS FOODS, INC.; KEYBOARD WEST STUDIOS, INC.; PETTIT ENTERPRISES, LLP; MINUET MANAGEMENT, LLP; LIGHTSPEED GUITAR, LLC; TRAILHEAD INTERNATIONAL BUILDERS, INC.; J & J LAND, INC.; SUNABEL HOLDINGS, LLC; VILLAGE AT SUGAR CREEK APARTMENTS, LLC; BACH MANAGEMENT, LLC; Defendants. | CASE NO. 4:23-CV-00137-REG-HCA <br><br> **MOTION FOR ENTRY OF DEFAULT** |

COMES NOW, Plaintiff, Brett Jacobson, Trustee of the Jacobson 2021 Family Trust, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 55(a), and in support of this Motion for Entry of Default, states as follows:

1.   On April 24, 2023, Plaintiff filed a Complaint naming, among others, Daniel Pettit, Hortus Foods, Inc., Advance Sports Local and Trailhead International Builders, Inc. as Defendants.

2.   On April 27, 2023, Daniel Pettit, Advance Sports Local, Hortus foods, Inc., and Trailhead International Builders, Inc. were served with Summons.

1

3. Defendants Daniel Pettit, Advance Sports Local, Hortus Foods, Inc., and Trailhead International Builders, Inc. have failed to move or otherwise defend the Complaint within 21 days from the date of service.

4. Accordingly, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk must enter default against Defendants Daniel Pettit, Advance Sports Local, and Hortus Foods, Inc.

WHEREFORE, Plaintiff Brett Jacobson, Trustee of the Jacobson 2021 Family Trust, respectfully requests the Clerk enter default against Defendants Daniel Pettit, Advance Sports Local, and Hortus Foods, Inc., and Trailhead International Builders, Inc.

May 23, 2023　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ Philip S. Bubb
Philip S. Bubb (#AT0011636)
Michael D. Currie (#AT0012256)
Fredrikson & Byron, P.A.
111 East Grand Avenue, Suite 301
Des Moines, IA  50309-1977
(515) 242-8900

ATTORNEYS FOR BRETT JACOBSON, TRUSTEE OF THE JACOBSON 2021 FAMILY TRUST

**Certificate of Service**

The undersigned certifies that on May 23, 2023 the foregoing document was electronically filed with the Clerk of Court using the ECF system which will send a notice of electronic filing to all counsel of record registered with the ECF system.

*/s/ Christina Laage*